

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,848-01

### EX PARTE CATHY KRUPPA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1076913-A IN THE 337TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to possession of a controlled substance and was sentenced to 30 days' imprisonment. She did not appeal her conviction.

Applicant contends that her plea was involuntary because the substance she possessed contained no illicit materials.

The trial court made findings of fact and conclusions of law and recommended that we set

aside Applicant's conviction.

We agree that Applicant is entitled to relief. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014). Relief is granted. The judgment in cause number 1076913 in the 337th District Court of Harris County is set aside, and, if in custody, Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: April 27, 2016
Do not publish